THE PEOPLE OF THE STATE OF ILLINOIS, Respondent-Appellee, *v.* CHARLES MAYS, Petitioner-Appellant.

(No. 60592; 

First District (5th Division)—June 13, 1975.

PER CURIAM.

Paul Bradley and James R. Streicker, both of State Appellate Defender's Office, of Springfield, for appellant.

Bernard Carey, State's Attorney, of Chicago (Laurence J. Bolon, Donald M. Devlin, and Bertina E. Lampkin, Assistant State's Attorneys, of counsel), for the People.